**JAMES CORNELL** *versus* **JAMES McALLASTER.**

JOURNAL ENTRIES (1828–30): *Journal 4:* (1) Motion for rule to make return to certiorari *p. 226; (2) rule to make return *p. 230; (3) case argued, submitted *p. 338; (4) judgment affirmed *p. 352.

PAPERS IN FILE: (1) Affidavit and petition for certiorari, allocatur; (2) writ of certiorari and return; (3) motion for rule on justice to make return; (4) copy of rule, memo. of service; (5) assignment of errors; (6) joinder in error; (7) precipe for execution.

*1824–36 Calendar,* MS p. 168. Recorded in *Book C,* MS pp. 266–72.